## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW–NECA PENSION PLAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>A–M ELECTRIC SERVICE INC.<br><br>Defendant(s). | CASE NO.<br>2:23–cv–00321–DSF–AGR<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before . Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: May 3, 2023                             /s/ *Dale S. Fischer*
                                                Dale S. Fischer
                                                United States District Judge