JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br>　　Plaintiffs, <br><br>　　　　v. <br><br>A-M ELECTRIC SERVICE INC., a California corporation, <br>　　　　Defendant. | CV 23-321 DSF (AGRx) <br><br><br> JUDGMENT |

　　The Court having granted in part a motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that Defendant A-M Electric Service Inc. immediately pay Plaintiffs $10,696.39 in pre-judgment interest and $96,828.11 in liquidated damages for delinquency on payments through April 2023, and further pay $13,235.00 in attorneys' fees, and $565.63 in costs, for a total due and owing of $121,325.13.

Date:  September 5, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge